## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**LETTER-ORDER**
May 7, 2008

Mr. Eugene C. Brooks, IV
Brooks Law Firm
Post Office Box 9545
Savannah, GA 31412

Mr. Lane Heard
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC 20005-5901

      Re:    Motions to Disqualify
                   *Pfeifer, et al v. Wyeth Inc, et al*, 4:04-CV-00743
                   *Love v. Wyeth, Inc., et al*, 4:04-CV-00744
                   *Castro, et al v. Wyeth, Inc. et al*, 4:04-CV-00748

Dear Counsel:

Plaintiff asks that Wyeth's counsel be disqualified from representing certain former Wyeth sales representatives -- specifically, Terry Cole, Kevin Stafford, Mary Briggs, and Jennifer Robins. It is my understanding that, at this time, Wyeth's counsel -- though not Williams & Connolly -- represent Mr. Cole and Mr. Stafford, and Ms. Briggs and Ms. Robins are not represented by counsel.

By noon, Wednesday, May 14, 2008, Plaintiff should submit a brief outlining each of the above named former sales representative's past statements or actions, and how they relate to the pending litigation.

Wyeth's response, if any, must be filed by noon, Friday, May 16, 2008.

Additional law or analysis of why a past statement or action does or does not create a conflict will not be necessary.

                                                Cordially,

                                                /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    The Honorable Henry L. Jones, Jr.
         Other Counsel of Record